IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC ROGERS,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **JEROME WALSH, et al.** | : | **NO. 12-2881** |
| Respondents. | : | |

## ORDER

AND NOW, this 14) day of April, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and objections thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

BERLE M SCHILLER,        J.